FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19  AM 11: 04

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROYALTON PERRILLIOUX** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-0903-MLCF-SS** |
| **JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

### REPORT AND RECOMMENDATION

On March 24, 2005, the plaintiff, Royalton Perrillioux ("Perrilloux"), filed a complaint based on 42 U.S.C. § 405(g). Rec. doc. 1. The defendant, Jo Anne Barnhart, Commissioner of Social Security Administration ("Commissioner"), answered. Rec. doc. 10. A scheduling order was entered. Rec. docs. 5 and 6. Perrillioux filed a motion for summary judgment. Rec doc. 12. The record does not reveal a response by the Commissioner. Counsel for the Commissioner provided the undersigned with a date stamped copy of an unopposed motion to reverse and remand, which is attached. The date stamp indicates it was presented to the Clerk on October 31, 2005. Counsel for Commissioner reports that this was done in Houma, Louisiana. Under these circumstances,

IT IS RECOMMENDED that the Commissioner's motion be granted and the District Court reverse and order a remand of this case for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).



## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) working days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this  19  day of January, 2006.

SALLY SHUSHAN
United States Magistrate Judge

Q:\Social Security\Repts and Recs\2005\05-0903 r&r mtn remand.wpd

2