FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 15  PM 4: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROYALTON PERRILLIOUX**  CIVIL ACTION

**VERSUS**  NO: 05-0903-MLCF-SS

**JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, including the date stamped copy of the unopposed motion to remand, and finding that as of this date the parties have not filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Jo Anne Barnhart, Commissioner of Social Security Administration, to remand is GRANTED.

New Orleans, Louisiana, this 15th day of February, 2006.

UNITED STATES DISTRICT JUDGE